JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHARD COLLINS,

Petitioner,

v.

S. SMITH, Warden,

Respondent.

Case No. 5:23-cv-02263-SB-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice due to lack of jurisdiction, because the Petition is successive.

DATED:  January 11, 2024

_____

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE